AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Terrence Blackwell )<br>*Plaintiff* )<br>v. )<br>Midland Credit Management Inc et al )<br>*Defendant* ) | Civil Action No.   2:18-cv-2205-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ other: having GRANTED Defendants' Motion to Dismiss, this action is dismissed without prejudice.

This action was

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:   October 15, 2018                                    *CLERK OF COURT*    Robin L. Blume

s/S. Shealy

*Signature of Clerk or Deputy Clerk*